NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov
Matthew.Barragan@usdoj.gov

Attorneys for Defendant
U.S. Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN W. SIGLER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | No. CV 18-00683 ODW(JCx)<br><br>**DECLARATION OF MATTHEW J. BARRAGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Otis D. Wright II<br>United States District Judge |

**DECLARATION OF MATTHEW J. BARRAGAN**

I, MATTHEW J. BARRAGAN, do hereby declare and state as follows:

1. I am one of the Assistant United States Attorneys responsible for representing the U.S. Department of Health and Human Services ("Defendant") in this matter.

2. I make this declaration based upon my personal knowledge and that gained by review of the official files and records of the United States Attorney's Office. If called as a witness and placed under oath, I could and would testify thereto.

3. On August 30, 2017, I met with Plaintiff John W. Sigler in regard to the Joint Rule 26 Report filed in this case. *See* Docket No. 17. During our meeting, we discussed Defendant's anticipated Motion for Summary Judgment. As required by Local Rule 7-3, we discussed the basis for Defendant's Motion for Summary Judgment, as well as Plaintiff's position in regard to the records at issue and his intention to file a Cross-Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2018, at Los Angeles, California.

/s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney