# ***Vaughn* Index**

***Sigler v. HHS, No. CV 18-00683 ODW(JCx)***

## Table of Abbreviations

| | |
|---|---|
| HHS | U.S. Department of Health and Human Services |
| HMG | HealthPointe Medical Group |
| OCR | Office for Civil Rights |

| Bates Number | Pages Redacted in part | Pages Redacted in full | Exemption(s) Invoked | Description of Withheld Material | Summary of Grounds for Withholding |
|---|---|---|---|---|---|
| HHS Sigler Production 18-cv-00683--000001 | 1 | | b(6), b(7)(C) | notes by OCR investigator from a telephone interview | Exemption b(6), b(7)(C) – The withheld material consists of names and positions of employees at HMG, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv-00683--000005 | 1 | | b(6), b(7)(C) | name of employee at HMG receiving information from OCR | Exemption b(6), b(7)(C) – The withheld material consists of the name of an employee at HMG, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv- | 1 | | b(6), b(7)(C) | name of employee at HMG referenced in internal OCR email chain regarding investigation into complaint | Exemption b(6), b(7)(C) – The withheld material consists of the name of an employee at HMG, the disclosure of which would constitute a clearly |



**EXHIBIT 10-1**

| | | | | | |
|---|---|---|---|---|---|
| 00683--<br>000056 | | | | | unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv-00683--000057-58 | 2 | | b(5) | email exchange between OCR employees and contractor requesting additional information and updates regarding an OCR complaint, the answers to that request, as well as an individual's interpretation of what those answers mean for OCR | Exemption b(5) – The withheld material consists of pre-decisional deliberative communications between OCR employees and an OCR contractor regarding the status of a complaint and interpretations of what that status means; release of the withheld material would compromise the agency's deliberative process in investigating and considering information in civil rights complaint investigations. |
| HHS Sigler Production 18-cv-00683--000082 | 1 | | b(6), b(7)(C) | notes by OCR investigator from a telephone interview | Exemption b(6), b(7)(C) – The withheld material consists of names and positions of employees at HMG, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv-00683--000086 | 1 | | b(6), b(7)(C) | name of employee at HMG receiving information from OCR | Exemption b(6), b(7)(C) – The withheld material consists of the name of an employee at HMG, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv-00683--000111 | 1 | | b(6), b(7)(C) | email address of employee at HMG receiving information from OCR | Exemption b(6), b(7)(C) – The withheld material consists of the email address of an employee at HMG, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy and/or subject these individuals to harassment. Release of this information does not shed light on how HHS performs its mission. |
| HHS Sigler Production 18-cv-00683--000112-14 | | 3 | b(7)(E) | Data request sent to HMG | Exemption b(7)(E) – Release of the withheld information would reveal procedures and guidelines for investigating OCR complaints and could reasonably be expected to risk circumvention of the law. This includes information on types of questions asked and documents requested by OCR investigators during the course of an investigation. |



**EXHIBIT 10-2**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Release of this information would enable entities named in complaints to interfere with OCR's complaint investigation and information collection necessary to enforce the civil rights statutes. |
| HHS Sigler Production 18-cv-00683--000124 | 1 | | b(6) | phone number of congressional staffer | Exemption b(6) – Withheld material consists of congressional staffer's phone number. The privacy interest of the staffer outweigh the public's interest in disclosure because it does not shed light on the operations of HHS. |
| HHS Sigler Production 18-cv-00683--000187-249 | | 63 | b(7)(E) | HMG's response to data request | Exemption b(7)(E) – Release of the withheld information would reveal procedures and guidelines for investigating OCR complaints and could reasonably be expected to risk circumvention of the law. This includes information on types of questions asked and documents requested by OCR investigators during the course of an investigation. Release of this information would enable entities named in complaints to interfere with OCR's complaint investigation and information collection necessary to enforce the civil rights statutes. |
| HHS Sigler Production 18-cv-00683--000250-60 | | 11 | b(4) | documents relating to HMG's internal training policies | Exemption b(4) – The withheld information consists of confidential, commercial information obtained from HMG; release would impair HHS's ability to obtain these types of internal policies in the future. |
| HHS Sigler Production 18-cv-00683--000261-66 | | 6 | b(4) | list of HMG employees and whether they have completed training course | Exemption b(4) – The withheld information consists of confidential, commercial information obtained from HMG; release would cause substantial competition because public release would compromise HMG's ability to retain qualified employees, which could discourage HMG from providing this information in the future. |
| HHS Sigler Production 18-cv-00683--000267-70 | | 4 | b(4) | list of HMG employees and whether they have completed training course | Exemption b(4) – The withheld information consists of confidential, commercial information obtained from HMG; release would cause substantial competition because public release would compromise HMG's ability to retain qualified employees, which could discourage HMG from providing this information in the future. |



EXHIBIT 10-3