Page 207 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 208 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 209 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 210 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 211 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 212 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 213 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 214 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 215 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 217 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 218 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 219 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 220 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 222 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 224 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 225 of 284

Withheld pursuant to exemption

(b)(7)(E)

of the Freedom of Information Act

Page 226 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 227 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 228 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 229 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 230 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 231 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 232 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 234 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 235 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 237 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 238 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 239 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 241 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Page 242 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act