Page 246 of 284

Withheld pursuant to exemption

(b)(4)

of the Freedom of Information Act

Joe O'Neill
Healthpointe
P.O. Box 4499
Cerritos, CA 90703

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7016 2140 0000 2902 5672

U.S. POSTAGE
PAID
CERRITOS, CA
90703
APR 07, 17
AMOUNT
$13.50
R2303S102834-22
1006
98104

22

RETURN RECEIPT REQUESTED

Lesley Morgan
HHS/Office for Civil Rights
701 Fifth Ave, Ste 1600, MS-11
Seattle, WA 98104

PRIORITY ★ MAIL ★

TRACKED ★ ★ ★ INSURED ★

UNITED STATES POSTAL SERVICE®
For Domestic Use Only

Label 107R, July 2013

esis

**Review #271474**

Monday, August 15, 2016

John Sigler
13129 Stern Ave
La Mirada, CA 90638

Claimant: John Sigler
Claim Number: C345C3004870
Date of Injury: 4/8/1994
Date of Receipt of the DWC RFA Form: Monday, August 08, 2016

As a result of your request for an internal appeal of a previous non-certification, a peer reviewer who was not involved in the original determination has reviewed the request. Based on this appeal review, it has been determined that the requested medical treatment listed below does not meet established criteria for medical necessity therefore the original determination is upheld.
.

**Specific Treatment Plan Requested**
60 Capsules of Celebrex 200 mg between 8/8/2016 and 10/7/2016. This is an appeal to review 270478.

**Determination Date**
Monday, August 15, 2016

**UR Determination**
1. The prospective request for 60 Capsules of Celebrex 200 mg between 8/8/2016 and 10/7/2016 is non certified.

Reviewer Comments (Clinical Basis for Determination)
This is a case of a 59-year-old businessman male who sustained an injury on 04/08/1994 after standing in the airport for eight hours. According to the Primary Treating Physician's Progress Report (PR-2) by Divakar Krishnareddy MD dated 07/13/16, the patient reported of increasing pain in the thoracic region with a pain score of 8-9/10. He was taking Celebrex and Norco to control the pain. On examination, there was a local tenderness on the T6-T7 bilateral facet with a limited range of motion (ROM). There was a discogenic pain in T6-T7. There was a non-certification of this case dated 08/02/16 due to unclear documentation on how long the patient has been maintained on Celebrex as long-term use may not be warranted. The current request is for 60 capsules of Celebrex 200 mg between 8/8/2016 and 10/7/2016.
Evidence-based guidelines recommend anti-inflammatories as the traditional first line of treatment, to reduce pain so activity and functional restoration can resume, but long-term use may not be warranted.
The patient complained of increasing back pain and was taking Celebrex. However, the length of use was not indicated. There were limited objective findings along with the lack of efficacy of

the use of prior NSAIDs. Given the chronicity of the injury (1994), there should be a routine lab testing to confirm safety with the renal hepatic system as per standard of care. Also, there was a denial of this request dated 08/02/16. Thus, the medical necessity is not supported.
Dr. Krishnareddy was contacted 8/15/16 at 11:37 AM Central. In the discussion Dr. Krishnareddy indicated the patient is being referred to pain management and they will deal with the Celebrex within the context of weaning from the medication. The request is non-certified.

Primary Reason(s) for Determination
Based on the clinical information submitted for this review and using the evidence-based, peer-reviewed guidelines referenced below, this request is non-certified. Evidence-based guidelines recommend anti-inflammatories as the traditional first line of treatment, to reduce pain so activity and functional restoration can resume, but long-term use may not be warranted. The patient complained of increasing back pain and was taking Celebrex. However, the length of use was not indicated. There were limited objective findings along with the lack of efficacy of the use of prior NSAIDs. Given the chronicity of the injury (1994), there should be a routine lab testing to confirm safety with the renal hepatic system as per standard of care. Also, there was a denial of this request dated 08/02/16. Thus, the medical necessity is not supported.

Medical records reviewed
13 pages of medical and administrative records were reviewed including:
07/13/16, Primary Treating Physician's Progress Report (PR-2), Divakar Krishnareddy, MD
07/26/16, Request for Authorization (RFA), Divakar Krishnareddy, MD
08/02/16, Medical Peer Review Records, Lawrence Koss, MD

Criteria used in analysis (Guidelines / Screening Criteria)
California Medical Treatment Utilization Schedule (MTUS), 2016
§ 9792.24.2 Chronic Pain Medical Treatment Guidelines (2009) Page 30
Celebrex®
Celebrex® is the brandname for celecoxib, and it is produced by Pfizer. Celecoxib is a nonsteroidal anti-inflammatory drug (NSAID) that is a COX-2 selective inhibitor, a drug that directly targets COX-2, an enzyme responsible for inflammation and pain. See Antiinflammatory medications. See NSAIDs (non-steroidal anti-inflammatory drugs) for specific patient [redacted]

Neuropathic pain: There is inconsistent evidence for the use of these medications to treat long term neuropathic pain, but they may be useful to treat breakthrough and mixed pain conditions such as osteoarthritis (and other nociceptive pain) in with neuropathic pain. (Namaka, 2004) (Gore, 2006) See NSAIDs, GI symptoms & cardiovascular risk; NSAIDs, hypertension and renal function. Besides the above well-documented side effects of NSAIDs, there are other less well known effects of NSAIDs, and the use of NSAIDs has been shown to possibly delay and hamper healing in all the soft tissues, including muscles, ligaments, tendons, and cartilage. (Maroon, 2006)
§ 9792.24.2 Chronic Pain Medical Treatment Guidelines (2009) Page 70
NSAIDs, specific drug list & adverse effects
Selective COX-2 NSAIDS: Celecoxib (Celebrex®) is the only available COX-2 in the United States. No generic is available. Mechanism of Action: Inhibits prostaglandin synthesis by decreasing cyclooxygenase-2 (COX-2). At therapeutic concentrations, cyclooxygenase-1 (COX-1) is not inhibited. In animal models it works as an anti-inflammatory, analgesic, and antipyretic. It does not have an anti-platelet effect and is not a substitute for aspirin for cardiac prophylaxis.
Use: Relief of the signs and symptoms of osteoarthritis, rheumatoid arthritis, [and] ankylosing spondylitis.
Side Effects: See NSAIDs, hypertension and renal function; & NSAIDs, GI Symptoms and Cardiovascular Risks. Cardiovascular: Hypertension (=13%) CNS: headache (15.8%), dizziness (1% - 2%), insomnia (2.3%); GI: diarrhea (4% to 11%), dyspepsia (8.8% vs. 12.8% for ibuprofen and 6.2% for placebo), diarrhea (5.6%), abdominal pain (4.1% vs. 9% for ibuprofen and 2.8% for placebo), N/V (3.5%), gastroesophogeal reflux (= 5%), flatulence (2.2%); Neuromuscular/ skeletal: arthralgia (7%), back pain (3%); Respiratory: upper respiratory tract infection (8%), cough (7%), sinusitis (5%), rhinitis (2%), pharyngitis (2%); Skin Rash (2%) – discontinue if rash develops; Peripheral Edema (2.1%). Recommended Dose: 200 mg a day (single dose or 100 mg twice a day). (Celebrex® package insert)

Attestation
This certifies that the peer reviewer has the appropriate certifications, education, training, and experience to perform this clinical review treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

Glenn Smith, D.O.
CA License# 20A9245
OK License# 1667
TN License# 000194
TX License# E3458
Board-certified in Orthopaedic Surgery

If the requesting provider wishes to speak with the peer reviewer pertaining to the determination,

please call MediCall at 866-639-2985. Our reviewers are available between the hours of 9:00 AM to 5:00 PM Pacific Time Monday through Friday excluding holidays.

This decision completes the internal appeal process.

If the injured worker objects to the utilization review decision and wishes to dispute it, the injured worker may request resolution through an Independent Medical Review in accordance with Labor Code 4610.5 and 4610.6. The injured worker may designate a parent, guardian, conservator, relative or other designee as an agent to act on his/her behalf. The treating physician may join in with or otherwise assist the injured worker in seeking an Independent Medical Review, and may advocate on his/her behalf. The objection to the utilization review decision must be communicated by the injured worker, the injured worker's representative, or the injured worker's attorney on behalf of the injured worker on the enclosed Application for Independent Medical Review form, DWC Form IMR, and submitted to the administrative director by mail or to the fax number indicated on the form within 30 days of receipt of the original utilization review decision. The injured worker must meet this deadline even if he/she participated in the claims administrator's internal utilization review appeals process.

You have a right to disagree with decisions affecting your claim. If you have questions about the information in this notice, please call me Levi Young at 800-992-7578. However, if you are represented by an attorney, please contact your attorney instead of me.

For information about the workers' compensation claims process and your rights and obligations, go to www.dwc.ca.gov or contact an information and assistance (I&A) officer of the state Division of Workers' Compensation. For recorded information and a list of offices, call toll-free 1-800-736-7401.

If you have questions about this review, please contact our utilization review agent, MediCall, at the phone number or address listed on this letter.

Sincerely,

ESIS Utilization Review Unit
1-866-639-2985

cc: Divakar Krishnareddy, M.D., Physician

Laura Mendivel, Esq., Attorney

esis

**Review #270478**

Tuesday, August 02, 2016

John Sigler
13129 Stern Ave
La Mirada, CA 90638

Claimant: John Sigler
Claim Number: C345C3004870
Date of Injury: 4/8/1994
Date of Receipt of the DWC RFA Form: Tuesday, July 26, 2016

This correspondence serves as notification that the requested medical treatment listed below partially meets established criteria for medical necessity based on our peer review of the information submitted. The peer reviewer has modified the requested treatment as noted below:

**Specific Treatment Plan Requested**
90 Capsules of Gabapentin 300 mg with 2 Refills between 7/31/2016 and 9/29/2016; 60 Capsules of Celebrex 200 mg between 7/31/2016 and 9/29/2016.

**Determination Date**
Tuesday, August 02, 2016

**UR Determination**
1. The prospective request for 60 Capsules of Gabapentin 300 mg with NO Refills between 7/31/2016 and 9/29/2016 is certified.
2. The prospective request for 60 Capsules of Celebrex 200 mg between 7/31/2016 and 9/29/2016 is non certified.

.

Reviewer Comments (Clinical Basis for Determination)
The patient is a 59-year-old male who sustained an injury on 04/08/1994. He is diagnosed with thoracic intervertebral disc displacement, pain in thoracic spine, and thoracolumbar/lumbosacral intervertebral disc disorder. Requests are made for 60 capsules of Celebrex 200mg; and 90 capsules of gabapentin 300mg with 2 refills. The only report submitted for review was a physician progress note dated 07/13/2016. According to the report, the patient complains of increased lumbar spine pain since the last visit with pain level of 8-9/10. Current medications are Celebrex and Norco; his medications were denied. Musculoskeletal review is positive for mid back pain. Physical examination shows local tenderness over the T6-7 bilateral facets; limited ROM; and discogenic pain at T6-7. Treatment plan includes local trigger point injection; prescription for Neurontin; and return to clinic in 1 week for injection. Authorization is now requested for 60 capsules of Celebrex 200mg PO BID; and 90 capsules of gabapentin 300mg PO

TID with 2 refills.
Regarding the request for Celebrex, guidelines recommend anti-inflammatories as the traditional first line of treatment to reduce pain so activity and functional restoration can resume; however, long-term use may not be warranted. It is unclear how long the patient has been maintained on Celebrex. Hence, the medical necessity of the request is not established.
Regarding the request for gabapentin, guidelines support this medication as first-line treatment for neuropathic pain. After initiation of treatment, there should be documentation of pain relief and improvement in function as well as documentation of side effects incurred with use. Clinical response to the use of gabapentin was not provided. There is no indication for a 3-month-supply (or 2 refills) of gabapentin without interval evaluation of continued benefit. The medical necessity of the request is not substantiated. Gabapentin should not be abruptly discontinued; weaning is recommended over the minimum of a week.

Primary Reason(s) for Determination
Based on the clinical information submitted for this review and using the evidence-based, peer-reviewed guidelines referenced above, this request is partially certified to:
60 Capsules of Celebrex 200 mg between 7/31/2016 and 9/29/2016 non-certified.
90 Capsules of Gabapentin 300 mg with 2 Refills between 7/31/2016 and 9/29/2016 partially certified to #60.
Long term efficacy and safety of the requested medications is not established in the documentation provided

Medical records reviewed
9 pages of medical and administrative records were reviewed including:
07/26/2016, Request for Authorization, Divakar Krishnareddy, MD
07/13/2016, Primary Treating Physician's Progress Report, Divakar Krishnareddy, MD

.

Criteria used in analysis (Guidelines / Screening Criteria)
California Medical Treatment Utilization Schedule 2016
§ 9792.24.2. Chronic Pain Medical Treatment Guidelines
Celebrex®
Celebrex® is the brandname for celecoxib, and it is produced by Pfizer. Celecoxib is a non-steroidal anti-inflammatory drug (NSAID) that is a COX-2 selective inhibitor, a drug that directly targets COX-2, an enzyme responsible for inflammation and pain. See Anti-inflammatory medications. See NSAIDs (non-steroidal anti-inflammatory drugs) for specific patient decision-making criteria. Unlike other NSAIDs, celecoxib does not appear to interfere with the antiplatelet activity of aspirin and is bleeding neutral when patients are being considered for surgical intervention or interventional pain procedures.
Anti-inflammatory medications
For specific recommendations, see NSAIDs (non-steroidal anti-inflammatory drugs).
Anti-inflammatories are the traditional first line of treatment, to reduce pain so activity and functional restoration can resume, but long-term use may not be warranted. (Van Tulder-Cochrane, 2000) A comprehensive review of clinical trials on the efficacy and safety of drugs for the treatment of low back pain concludes that available evidence supports the

effectiveness of non-selective nonsteroidal anti-inflammatory drugs (NSAIDs) in chronic LBP and of antidepressants in chronic LBP. (Schnitzer, 2004) See also Nonprescription Medications. COX-2 inhibitors (e.g., Celebrex) may be considered if the patient has a risk of GI complications, but not for the majority of patients. Generic NSAIDs and COX-2 inhibitors have similar efficacy and risks when used for less than 3 months, but a 10-to-1 difference in cost. (Rate of overall GI bleeding is 3% with COX-2's versus 4.5% with ibuprofen.) (Homik, 2003) For precautions in specific patient populations, see NSAIDs, GI symptoms & cardiovascular risk. NSAIDs, specific drug list & adverse effects

Selective COX-2 NSAIDS: Celecoxib (Celebrex®) is the only available COX-2 in the United States. No generic is available. Mechanism of Action: Inhibits prostaglandin synthesis by decreasing cyclooxygenase-2 (COX-2). At therapeutic concentrations, cyclooxygenase-1 (COX¬1) is not inhibited. In animal models it works as an anti-inflammatory, analgesic, and antipyretic. It does not have an anti-platelet effect and is not a substitute for aspirin for cardiac prophylaxis. Use: Relief of the signs and symptoms of osteoarthritis, rheumatoid arthritis, [and] ankylosing spondylitis. Side Effects: See NSAIDs, hypertension and renal function; & NSAIDs, GI Symptoms and Cardiovascular Risks. Cardiovascular: Hypertension (=13%) CNS: headache (15.8%), dizziness (1% - 2%), insomnia (2.3%); GI: diarrhea (4% to 11%), dyspepsia (8.8% vs. 12.8% for ibuprofen and 6.2% for placebo), diarrhea (5.6%), abdominal pain (4.1% vs. 9% for ibuprofen and 2.8% for placebo), N/V (3.5%), gastroesophogeal reflux (= 5%), flatulence (2.2%); Neuromuscular/ skeletal: arthralgia (7%), back pain (3%); Respiratory: upper respiratory tract infection (8%), cough (7%), sinusitis (5%), rhinitis (2%), pharyngitis (2%); Skin Rash (2%) – discontinue if rash develops; Peripheral Edema (2.1%). Recommended Dose: 200 mg a day (single dose or 100 mg twice a day). (Celebrex® package insert). Gabapentin (Neurontin®) Gabapentin is an anti-epilepsy drug (AEDs - also referred to as anti-convulsants), which has been shown to be effective for treatment of diabetic painful neuropathy and postherpetic neuralgia and has been considered as a first-line treatment for neuropathic pain. See Anti-epilepsy drugs (AEDs) for general guidelines, as well as specific Gabapentin listing for more information and references.

Antiepilepsy drugs (AEDs)

Recommended for neuropathic pain (pain due to nerve damage.

Outcome: A good response to the use of AEDs has been defined as a 50% reduction in pain and a moderate response as a 30% reduction. It has been reported that a 30% reduction in pain is clinically important to patients and a lack of response of this magnitude may be the trigger for the following: (1) a switch to a different first-line agent (TCA, SNRI or AED are considered first-line treatment); or (2) combination therapy if treatment with a single drug agent fails. (Eisenberg, 2007) (Jensen, 2006) After initiation of treatment there should be documentation of pain relief and improvement in function as well as documentation of side effects incurred with use. The continued use of AEDs depends on improved outcomes versus tolerability of adverse effects. AEDs are associated with teratogenicity, so they must be used with caution in woman of childbearing age. Preconception counseling is recommended for anticonvulsants (due to reductions in the efficacy of birth control pills). (Clinical Pharmacology, 2008)

SPECIFIC ANTI-EPILEPSY DRUGS:

Gabapentin (Neurontin®, Gabaroneâ„¢, generic available) has been shown to be effective for treatment of diabetic painful neuropathy and postherpetic neuralgia and has been considered as a first-line treatment for neuropathic pain. (Backonja, 2002) (ICSI, 2007) (Knotkova, 2007) (Eisenberg, 2007) (Attal, 2006) This RCT concluded that gabapentin monotherapy appears to be efficacious for the treatment of pain and sleep interference associated with diabetic peripheral

neuropathy and exhibits positive effects on mood and quality of life. (Backonja, 1998) It has been given FDA approval for treatment of post-herpetic neuralgia. The number needed to treat (NNT) for overall neuropathic pain is 4. It has a more favorable side-effect profile than Carbamazepine, with a number needed to harm of 2.5. (Wiffen2-Cochrane, 2005) (Zaremba, 2006) Gabapentin in combination with morphine has been studied for treatment of diabetic neuropathy and postherpetic neuralgia. When used in combination the maximum tolerated dosage of both drugs was lower than when each was used as a single agent and better analgesia occurred at lower doses of each. (Gilron-NEJM, 2005) Recommendations involving combination therapy require further study. Mechanism of action: This medication appears to be effective in reducing abnormal hypersensitivity (allodynia and hyperalgesia), to have anti-anxiety effects, and may be beneficial as a sleep aid. (Arnold, 2007) Weaning and/or changing to another drug in this class: Gabapentin should not be abruptly discontinued, although this recommendation is made based on seizure therapy. Weaning and/or switching to another drug in this class should be done over the minimum of a week. (Neurontin package insert) When to switch to pregabalin: If there is evidence of inadequate response, intolerance, hypersensitivity or contraindications. There have been no head-to-head comparison trials of the two drugs.

Attestation
This certifies that the peer reviewer has the appropriate certifications, education, training, and experience to perform this clinical review.



Lawrence Koss, M.D.
CA License# C54995
MD License# D74243
MS License# 23291
NC License# 2013-02326
NY License# 208062
TX License# P8378
Board-certified in Family Practice

If the requesting provider wishes to speak with the peer reviewer pertaining to the determination, please call MediCall at 866-639-2985. Our reviewers are available between the hours of 9:00 AM to 5:00 PM Pacific Time Monday through Friday excluding holidays.

This partial certification means that appropriate reimbursement will be made for the medical treatment listed above per CA regulations. If you have questions regarding payment, please contact your claims representative at 800-992-7578.

If the injured worker objects to the utilization review decision and wishes to dispute it, the injured worker may request resolution through an Independent Medical Review in accordance with Labor Code 4610.5 and 4610.6. The injured worker may designate a parent, guardian, conservator, relative or other designee as an agent to act on his/her behalf. The treating physician

**Review #270478**

## Approved Providers

Please be advised that should this claimant need Medication, Medical Supplies, Durable Medical Equipment, Physical Therapy or Diagnostic Testing, these services should be provided by the following providers. Any use of a non-approved medical provider may jeopardize payment of these services.

**Medication Requests:**
ESIS will be enrolling the claimant into the ESIS Pharmacy Impact^SM Benefit program. The claimant will or may have already received a prescription card in the mail from ESIS Pharmacy Impact^SM. Any medication that may be medically necessary to cure or relieve the Workers' Compensation injury should be dispended by a participating ESIS Pharmacy Impact^SM Pharmacy. Lists of local pharmacies were or will be provided to the claimant along with your pharmacy benefits card. Please contact ESIS Pharmacy Impact^SM at **888-944-ESIS (3747)** if there is a need to locate a pharmacy.

**Durable Medical Equipment and Supplies:**
ESIS utilizes ESIS DME-Z Impact^SM for all Durable Medical Equipment and Supply needs. Any requests for any Durable Medical Equipment that is medically necessary based on the Workers' Compensation injury should be obtained through ESIS DME-Z Impact^SM by calling **855-644-8246**.

**Physical Therapy:**
ESIS Utilizes ESIS PT Impact^SM for all Physical Therapy needs. Any Physical Therapy services that are medically necessary based on the Workers' Compensation injury would need to be directed through ESIS PT Impact^SM through Medrisk at **800-992-9675** or through AlignNetworks at **866-389-0211.**

**Diagnostic Testing:**
ESIS utilizes ESIS Image Impact^SM for MRI, CT and EMG testing procedures. Any requests for any Diagnostic Testing that is medically necessary based on the Workers' Compensation injury should be made by calling ESIS Image Impact^SM at **800-872-2875**.

Please be sure to keep this letter in the event that the need arises for any of these services throughout the claim.

may join in with or otherwise assist the injured worker in seeking an Independent Medical Review, and may advocate on his/her behalf. The objection to the utilization review decision must be communicated by the injured worker, the injured worker's representative, or the injured worker's attorney on behalf of the injured worker on the enclosed Application for Independent Medical Review form, DWC Form IMR, and submitted to the administrative director by mail or to the fax number indicated on the form within 30 days of receipt of this decision. The injured worker must meet this deadline even if he/she is participating in the claims administrator's internal utilization review appeals process.

You have a right to disagree with decisions affecting your claim. If you have questions about the information in this notice, please call me Levi Young at 800-992-7578. However, if you are represented by an attorney, please contact your attorney instead of me.

If you wish to participate in our voluntary appeal process, please submit your request with additional documentation to support the medical necessity of the request within 10 calendar days of receipt of this notification to fax # 1-888-241-3208 or by calling 1-866-639-2985. The request will be reviewed by an appropriate health professional and a determination will typically be issued within 5 business days. If you feel this appeal warrants an expedited review, please note that in your written or verbal submission. This internal appeals process neither triggers nor bars the use of the dispute resolution procedures of Labor Code section 4610.5 and 4610.6, but it is voluntary and may be pursued on an optional basis. It will in no way alter the 30-day time limit for filing a request for an Independent Medical Review with the administrative director.

For information about the workers' compensation claims process and your rights and obligations, go to www.dwc.ca.gov or contact an information and assistance (I&A) officer of the state Division of Workers' Compensation. For recorded information and a list of offices, call toll-free 1-800-736-7401.

If you have questions about this review, please contact our utilization review agent, MediCall, at the phone number or address listed on this letter.

Sincerely,

ESIS Utilization Review Unit
1-866-639-2985

cc: Laura Mendivel, Esq., Attorney

Divakar Krishnareddy, M.D., Physician

State of California, Division of Workers' Compensation

# APPLICATION FOR INDEPENDENT MEDICAL REVIEW

DWC Form IMR

**TO REQUEST INDEPENDENT MEDICAL REVIEW:**

1. **Sign and date this application and consent to obtain medical records.**
2. **Mail or fax the application and a copy of the written decision you received that denied or modified the medical treatment requested by your physician to:**
   **DWC-IMR, c/o Maximus Federal Services, Inc, P.O. Box 138009, Sacramento, CA 95813-8009**
   **FAX Number: (916) 605-4270**
3. **Mail or fax a copy of the signed application to your Claims Administrator.**

| | |
|---|---|
| Type of Utilization Review: ☒ Regular ☐ Expedited | Modification after Appeal ☐ |
| **Employee Name (First, MI, Last):** John Sigler | |
| Address: 13129 Stern Ave La Mirada, CA 90638 | |
| Phone Number: 714-697-8576 | Employer Name: AEROJET GENERAL CORPORATION@ |
| Claim Number: C345C3004870 | Date of Injury (MM/DD/YYYY): 4/8/1994 |
| WCIS Jurisdictional Claim Number (if assigned): N/A | EAMS Case Number (if applicable): |
| Employee Attorney (if known): N/A | |
| Address: N/A | |
| Phone Number: N/A | Fax Number: N/A |
| **Requesting Physician Name (First, MI, Last):** Divakar Krishnareddy, M.D. | |
| Practice Name: Healthpointe Medical Group | Specialty: Orthopaedic Surgery (Spine) |
| Address: 16702 Valley View Avenue, La Mirada, CA 90638 | |
| Phone Number: 562-921-0341 | Fax Number: 562-404-0266 |
| **Claims Administrator Name:** Levi Young | |
| Adjuster/Contact Name: Levi Young | |
| Address: P.O. Box 6569 Scranton, PA 18505 | |
| Phone Number: 800-992-7578 | Fax Number: 800-208-8281 |
| **Disputed Medical Treatment (complete below section)** | |
| Primary Diagnosis (Use ICD Code where practical): M5124 OTHER INTVRT DISC DISPLACEMENT THORACIC REGION | |
| Date of Utilization Review Determination Letter: Tuesday, August 02, 2016 | |
| Is the Claims Administrator disputing liability for the requested medical treatment besides the question of medical necessity? ☐ Yes ☒ No Reason: | |
| List each specific requested medical services, goods, or items that were denied or modified in the space below. Use additional pages if the space below is insufficient. | |
| 1. 90 Capsules of Gabapentin 300 mg with 2 Refills -- Modified to 60 Capsules of Gabapentin 300 mg with NO Refills<br>2. 60 Capsules of Celebrex 200 mg -- Non-certified<br>(A full listing of the adverse determinations is on the next page) | |
| **Request for Review and Consent to Obtain Medical Records** | |
| I request an independent medical review of the above-described requested medical treatment. I certify that I have sent a copy of this application to the claims administrator named above. I allow my health care providers and claims administrator to furnish medical records and information relevant for review of the disputed treatment identified on this form to the independent medical review organization designated by the Administrative Director of the Division of Workers' Compensation. These records may include medical, diagnostic imaging reports, and other records related to my case. These records may also include non-medical records and any other information related to my case, excepting records regarding HIV status, unless infection with or exposure to HIV is claimed as my work injury. My permission will end one year from the date below, except as allowed by law. I can end my permission sooner if I wish. | |
| Employee Signature: | Date: |

**Full listing of adverse determinations for the Application for Independent Medical Review**

1. 90 Capsules of Gabapentin 300 mg with 2 Refills -- Modified to 60 Capsules of Gabapentin 300 mg with NO Refills
2. 60 Capsules of Celebrex 200 mg -- Non-certified

196314-86285-1704695: John Sigler
DOI: 04/08/1994
DOS: 07/20/2016

State of California
Division of Workers' Compensation

Additional pages attached ☐

# PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

1 of 1

☐ Periodic Report (required 45 days after last report)
☐ Change in work status
☐ Change in patient's condition
☐ Condition is not related to an industrial injury or illness
☐ Need for referral or consultation
☐ Need for surgery or hospitalization
☐ Change in treatment plan
☐ Released from care
☐ Response to request for information
☐ Request for authorization
☐ Other:

**Patient**

**DATE OF VISIT:** 7/20/2016 **TIME IN:** 2:59 PM **TIME OUT:** 4:04 PM

Last Sigler First John M.I. Sex M

Address 13129 Stern Ave City La Mirada State CA Zip 90638

Date of Injury 04/08/1994 Date of Birth 09/23/1956

Occupation SS# 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 Phone (714) 697-8576

**Claims Administrator**

Name ESIS 6569 Claim Number 345C3004870

Address PO BOX 6569 City Scranton State PA Zip 18505-6569

Phone (800) 992-7578 Fax (800) 208-8281

**Employer Name:** Aerojet Employer Phone (916) 355-4000

Since the last exam, condition has: ☐ Improved ☐ Not improved ☐ Plateaued ☐ Worsened

**Surgery Date:**

**Subjective Complaints**
injection visit only

Grip
R | L

**Objective Findings** (Include significant physical examination, laboratory, imaging, or other diagnostic findings.)
bp:142/76 p:97
injection visit only

X-Rays (or other) Results:

**ASSESSMENT / DIAGNOSIS / COMMENTS:**
thoracic discogenic pain syndrome

Girth
R | L

**Diagnoses**

1 Other intervertebral disc displace ICD-10 Code M51.24
2 Pain in thoracic spine ICD-10 Code M54.6
3 Unsp thoracic, thoracolum and lu ICD-10 Code M51.9

**Treatment Plan**
local cortizone injection given
rtc in 5 weeks
rx given celebrex 200 mg #60

☐ Medication Dispensed
☐ Physical Therapy

The patient has been couseled on the management, use of the prescribed medication, its indications, potential side effects and is to immediately report any side effects noted back to this office or private medical doctor.

**Work Status:**

☒ Remain off-work until 8/24/2016 .
☐ Return to modified work on with the following limitations or restrictions**
- Use of ☐ No lifting over lbs
- Forceful pulling or squeezing ☐ No sitting over
- Overhead work ☐ No driving ☐ Sedentary work only
- Standing / walking over hrs ☐ No climbing
- Stooping and bending ☐ Keep wound / bandage clean and dry

☐ Other Restrictions:

☐ Above limited activities can be performed hrs / day Discussed with:
☐ Return to full duty on with no limitations, or restrictions.

☐ 45DR ☐ Dict
☐ Init ☐ COS Next:
☐ P+S Dict #:
☐ Post P+S FU
☐ Post P+S Con

**RETURN VISIT**
DATE Wed, Aug 24, 2016
TIME 11:00 AM

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

Divakar R Krishnareddy, M.D.
EXAMINING PHYSICIAN / ASSISTANT
CA Lic # A35665
Speciality Orthopedic Surgery

Date of exam 07/20/2016
Date 7/20/2016
Address 16702 Valley View Ave.
La Mirada CA 90638-5824
Telephone (562) 921-0341

** If the work restrictions are not available, then consider patient temporarily totally disabled.



**EXHIBIT 10-287**

To: HHS Office for Civil Rights
Central Intake Unit
200 Independence Avenue, S.W., Room 509 F
Washington, D.C. 20201

July 29, 2016

From: John Sigler
13129 Stern Ave
La Mirada, CA 90638
PH. No. 714-697-8576

Dear Sir/Madame,

I would like to file a HIPAA complaint against my current medical provider HealthPointe Medical Group. I have been attempting to get HealthPointe to disclose to me copies of emails, faxes, or US postal letters received by HealthPointe from my Workers Compensation Insurance carrier with no success. HealthPointe employee Yvette Madrigal has copies of at least some of the listed email and she continues to refuse to send me a copy. I have even gone so far as to serve HealthPointe with a subpoena for this information last week and I have attached a copy of said subpoena.

I ask that HHS take whatever action is necessary to force HealthPointe to turn over the requested information to me as soon as possible.

Feel free to call me at 714-697-8576 if you have any questions.

Regards

John Sigler

cc. HealthPointe Medical Group –Corporate office

196314-86285-1739088: John Sigler
DOI: 04/08/1994
DOS: 08/24/2016

State of California
Division of Workers' Compensation

Additional pages attached [X]

# PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

1 of 2

- ☐ Periodic Report (required 45 days after last report)
- ☐ Change in work status
- ☐ Change in patient's condition
- ☐ Condition is not related to an industrial injury or illness
- ☐ Need for referral or consultation
- ☐ Need for surgery or hospitalization
- ☐ Change in treatment plan
- ☐ Released from care
- ☐ Response to request for information
- ☐ Request for authorization
- ☐ Other:

**Patient** **DATE OF VISIT:** 8/24/2016 **TIME IN:** 10:57 AM **TIME OUT:** 12:11 PM

Last Sigler First John M.I. Sex M

Address 13129 Stern Ave City La Mirada State CA Zip 90638

Date of Injury 04/08/1994 Date of Birth 09/23/1956

Occupation SS# 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 Phone () -

**Claims Administrator**

Name ESIS 6569 Claim Number 345C3004870

Address PO BOX 6569 City Scranton State PA Zip 18505-6569

Phone (800) 992-7578 Fax (800) 208-8281

**Employer Name:** Aerojet Employer Phone (916) 355-4000

Since the last exam, condition has: ☐ Improved ☑ Not improved ☐ Plateaued ☐ Worsened

**Surgery Date:**

**Subjective Complaints**
(See additional page.)

Grip
R | L

**Objective Findings** (Include significant physical examination, laboratory, imaging, or other diagnostic findings.)
B/P: 128/90 P: 85
SEE REPORT

X-Rays (or other) Results:

**ASSESSMENT / DIAGNOSIS / COMMENTS:**

Girth
R | L

**Diagnoses**

1 Other intervertebral disc displace ICD-10 Code M51.24
2 Pain in thoracic spine ICD-10 Code M54.6
3 Unsp thoracic, thoracolum and lu ICD-10 Code M51.9

**Treatment Plan**
(See additional page.)

☐ Medication Dispensed ☐ Physical Therapy

The patient has been couseled on the management, use of the prescribed medication, its indications, potential side effects and is to immediately report any side effects noted back to this office or private medical doctor.

**Work Status:**

☒ **Remain off-work until** .
☐ **Return to modified work on** **with the following limitations or restrictions****

- Use of ☐ No lifting over lbs
- Forceful pulling or squeezing ☐ No sitting over
- Overhead work ☐ No driving ☐ Sedentary work only
- Standing / walking over hrs ☐ No climbing
- Stooping and bending ☐ Keep wound / bandage clean and dry

☑ Other Restrictions:
PATIENT BEING TREATED UNDER FUTURE MEDICAL/ WORK RESTRICTIONS PER PREVIOUS DISCHARGE AND

☐ Above limited activities can be performed hrs / day Discussed with:
☐ **Return to full duty on** **with no limitations, or restrictions.**

☐ 45DR ☐ Dict
☐ Init ☐ COS Next:
☐ P+S Dict #:
☐ Post P+S FU
☐ Post P+S Con

**RETURN VISIT**
DATE
TIME

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

Date of exam 08/24/2016
Date 8/24/2016
Address 16702 Valley View Ave.
La Mirada CA 90638-5824
Telephone (562) 921-0341

Divakar R Krishnareddy, M.D.
EXAMINING PHYSICIAN / ASSISTANT
CA Lic # A35665
Speciality Orthopedic Surgery

** If the work restrictions are not available, then consider patient temporarily totally disabled.



**EXHIBIT 10-289**

196314-86285-1739088: John Sigler
DOI: 04/08/1994
DOS: 08/24/2016

State of California
Division of Workers' Compensation

Additional pages attached ☐

# PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)



SUBJECTIVE COMPLAINTS

CC: LS
F/U: PATIENT STATES STATES HE RECIEVED PRESCRIPTION ON LAST VISIT AND IT HAS BEEN HELPING WITH THE LOWER BACK PAIN. PATIENT STATES DURING THE DAY PAIN ISN'T AS BAD, AT NIGHT WHEN LYING DOWN PAIN INCREASES. PATIENT STATES NEEDS REFILL ON MEDS. SV
PAIN SCALE: 3/10
MEDS: CELBREX, NORCO, GABAPANTINE ALL: NKDA ILL: DENIES TETANUS: N/A

MUSCULOSKELETAL: MID BACK PAIN
EYES:PT WEARS GLASSES
RESPIRATORY: DENIES ASTHMA
ENT: DENIES SYMPTOMS
CARDIOVASCULAR: DENIES CHEST PAIN
GASTROINTESTINAL: DENIES ABD PAIN
GENITOURINARY: DENIES BLADDER INFECTION
SKIN: DENIES SKIN RASH
NEUROLOGIC: DENIES MIGRAINES
ENDOCRINE: DENIES DIABETES
CONSTITUTIONAL: DENIES WEIGHT CHANGE
HEMATOLOGIC: DENIES ACTIVE BLEEDING
PSYCHIATRIC: DENIES INSOMNIA
CONSTITUTIONAL: DENIES BEING FATIGUE
ALL OTHER SYSTEMS ARE REVIEWED AND ARE NEGATIVE
PMH:LT KNEE SURGERY AND RT ANKLE SURGERY
FH: CANCER(DAD)
SH: DENIES SMOKING AND OCC DRINKING

PLAN

rx given celebrex #60 ,norco #60,gabapentin #90
batch 16-29137 no:1906

MMI

196314-86285-1671621: John Sigler
DOI: 04/08/1994
DOS: 06/15/2016

State of California
Division of Workers' Compensation

Additional pages attached [X]

# PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)



- [ ] Periodic Report (required 45 days after last report)
- [ ] Change in work status
- [ ] Change in patient's condition
- [ ] Condition is not related to an industrial injury or illness
- [ ] Need for referral or consultation
- [ ] Need for surgery or hospitalization
- [ ] Change in treatment plan
- [ ] Released from care
- [ ] Response to request for information
- [ ] Request for authorization
- [ ] Other: ____

**Patient** **DATE OF VISIT:** 6/15/2016 **TIME IN:** 11:06 AM **TIME OUT:** 12:16 PM

Last Sigler First John M.I. Sex M

Address 13129 Stern Ave City La Mirada State CA Zip 90638

Date of Injury 04/08/1994 Date of Birth 09/23/1956

Occupation SS# 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 Phone (714) 697-8576

**Claims Administrator**

Name ESIS 6569 Claim Number 345C3004870

Address PO BOX 6569 City Scranton State PA Zip 18505-6569

Phone (800) 992-7578 Fax (800) 208-8281

**Employer Name:** Aerojet Employer Phone (916) 355-4000

Since the last exam, condition has: [ ] Improved [ ] Not improved [ ] Plateaued [ ] Worsened

**Surgery Date:**

**Subjective Complaints**
(See additional page.)

Grip
R | L

**Objective Findings** (Include significant physical examination, laboratory, imaging, or other diagnostic findings.)
(See additional page.)

X-Rays (or other) Results:

**ASSESSMENT / DIAGNOSIS / COMMENTS:**
thoracic discogenic pain

Girth
R | L

**Diagnoses**

1 Other intervertebral disc displace ICD-10 Code M51.24
2 Pain in thoracic spine ICD-10 Code M54.6
3 Unsp thoracic, thoracolum and lu ICD-10 Code M51.9

**Treatment Plan**
rx given neurontin #90 300mg, celebrix 200mg #60
RTC 4 WEEKS

[ ] Medication Dispensed
[ ] Physical Therapy

The patient has been couseled on the management, use of the prescribed medication, its indications, potential side effects and is to immediately report any side effects noted back to this office or private medical doctor.

**Work Status:**

[X] Remain off-work until 7/13/2016 .
[ ] Return to modified work on **with the following limitations or restrictions****

- Use of ____ [ ] No lifting ____ over ____ lbs
- Forceful pulling or squeezing [ ] No sitting over ____
- Overhead work [ ] No driving [ ] Sedentary work only
- Standing / walking over ____ hrs [ ] No climbing
- Stooping and bending [ ] Keep wound / bandage clean and dry

[ ] Other Restrictions:

[ ] Above limited activities can be performed ____ hrs / day Discussed with:
[ ] Return to full duty on ____ with no limitations, or restrictions.

[ ] 45DR [ ] Dict
[ ] Init [ ] COS Next:
[ ] P+S Dict #:
[ ] Post P+S FU
[ ] Post P+S Con

**RETURN VISIT**
DATE Wed, Jul 13, 2016
TIME 9:15 AM

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

Divakar R Krishnareddy, M.D.
EXAMINING PHYSICIAN / ASSISTANT
CA Lic # A35665
Speciality Orthopedic Surgery

Date of exam 06/15/2016
Date 6/15/2016
Address 16702 Valley View Ave.
La Mirada CA 90638-5824
Telephone (562) 921-0341

** If the work restrictions are not available, then consider patient temporarily totally disabled.

196314-86285-1671621: John Sigler
DOI: 04/08/1994
DOS: 06/15/2016

State of California
Division of Workers' Compensation

Additional pages attached ☐

# PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)



**SUBJECTIVE COMPLAINTS**

CC: LUMBAR SPINE

HPI: PATIENT STATES IMPROVEMENT SINCE LAST VISIT, MINIMAL PAIN. PROLONGED SITTING INCREASE THE PAIN TO 6/10. TAKING GABAPENTIN, CELEBREX WITH BENEFIT TO DECREASE THE PAIN...LDM

MEDS: CELBREX, NORCO    ALL: NKDA    ILL: DENIES    TETANUS: N/A

MUSCULOSKELETAL: MID BACK PAIN

EYES:PT WEARS GLASSES
RESPIRATORY: DENIES ASTHMA
ENT: DENIES SYMPTOMS
CARDIOVASCULAR: DENIES CHEST PAIN
GASTROINTESTINAL: DENIES ABD PAIN
GENITOURINARY: DENIES BLADDER INFECTION
SKIN: DENIES SKIN RASH
NEUROLOGIC: DENIES MIGRAINES
ENDOCRINE: DENIES DIABETES
CONSTITUTIONAL: DENIES WEIGHT CHANGE
HEMATOLOGIC: DENIES ACTIVE BLEEDING
PSYCHIATRIC: DENIES INSOMNIA
CONSTITUTIONAL: DENIES BEING FATIGUE
ALL OTHER SYSTEMS ARE REVIEWED AND ARE NEGATIVE
PMH:LT KNEE SURGERY AND RT ANKLE SURGERY
FH: CANCER(DAD)
SH: DENIES SMOKING AND OCC DRINKING

**OBJECTIVE FINDINGS**

B/P: 125/80    P: 74
thoracic pain persists
local tenderness stillt9-10
no neuro deficit