NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov
Matthew.Barragan@usdoj.gov

Attorneys for Defendant
U.S. Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN W. SIGLER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | No. CV 18-00683 ODW(JCx)<br><br>**NOTICE OF ERRATA RE DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: February 25, 2019<br>Hearing Time: 1:30 p.m.<br>Place: First Street Courthouse, Courtroom 5D<br><br>Honorable Otis D. Wright II<br>United States District Judge |

# NOTICE OF ERRATA

Defendant respectfully files this Notice of Errata to submit an Amended Notice of Motion and Motion for Summary Judgment (Docket No. 20) correcting only a specific minor typographical error: the date of the conference of counsel. This change (April 16, 2018 to April 20, 2018) has been made on page vi, line 2 in the Notice of Motion.[1] No other changes have been made. An Amended Notice of Motion and Motion for Summary Judgment is attached hereto as **Exhibit A**.

In addition, the date of the conference of counsel was incorrect in paragraph 3 of the Declaration of Matthew J. Barragan (Docket No. 20-2) and it has been changed from August 30, 2017 to April 20, 2018. An Amended Declaration of Matthew J. Barragan is attached hereto as **Exhibit B**. Undersigned counsel apologizes for these typographical errors.

Dated: December 7, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
U.S. Department of Health and Human Services

[1] It has come to undersigned counsel's attention that the Joint Rule 26(f) Report, Docket No. 17, also indicates that the parties met and conferred on April 16, 2018. However, as noted above, the meeting occurred on April 20, 2018.