# United States District Court
# Central District of California

| | |
|---|---|
| JOHN W. SIGLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH &<br>HUMAN SERVICES,<br><br>　　　　　Defendant. | Case № 2:18-cv-00683-ODW (JCx)<br><br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order **GRANTING** Defendant U.S. Department of Health and Human Services's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff John W. Sigler shall recover nothing from Defendant;
2. Defendant shall have **JUDGMENT** in its favor on all causes of action; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 30, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**